**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL CAREY,**

      **Plaintiff,**

-vs-              **Case No.  6:05-cv-1271-Orl-22KRS**

**SPACE COAST QUALITY LAWN
MAINTENANCE & LANDSCAPING, INC.,
KEVIN SHELTON, and DIANA SHELTON,**

      **Defendants.**
_____

## ORDER

  The Clerk of Court is directed to reassign this case to Magistrate Judge James G. Glazebrook, with his consent, to be considered with Case No. 6:05-cv-1272- Orl- 28JGG, Case No. 6:05-cv-1273-Orl-28JGG, and Case No. 6:05-cv-1275-ORL-28JGG.  The parties in this case, and their lead counsel, shall attend the settlement conference previously scheduled by Judge Glazebrook to take place on March 6, 2006, beginning at 9:30 a.m.  Each corporation shall have present a person with full authority to settle. Failure to comply by any party may result in the imposition of sanctions, including the striking of pleadings and dismissal of all or part of the case. Nothing in this order precludes the parties from reaching an earlier settlement independently.

  **DONE** and **ORDERED** in Orlando, Florida on February 7, 2006.

               *Karla R. Spaulding*
               KARLA R. SPAULDING
               UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties